UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Case No. |
| | : | |
| v. | : | VIOLATION: |
| | : | |
| JONAS TYLER MURPHY, | : | 18 U.S.C. § 2314 (Interstate |
| | : | Transportation of Stolen Property) |
| Defendant. | : | |
| | : | |

## INFORMATION

The United States Attorney hereby alleges that:

### COUNT ONE

Between in or about December 2023 through in or about July 2025, in the District of Columbia and elsewhere, in a continuing course of conduct, the defendant, JONAS TYLER MURPHY, devised and executed a scheme to defraud the Victim Organization, as a part of which MURPHY unlawfully transported, transmitted, and transferred in interstate commerce and caused to be transported, transmitted, and transferred in interstate commerce from the District of Columbia to New York, stolen goods and money valued at $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud.

**(Interstate Transportation of Stolen Property, in violation of 18 U.S.C. § 2314)**

Respectfully submitted,

JEANINE F. PIRRO
UNITED STATES ATTORNEY

Date: December 12, 2025     By:     _____
Kondi J. Kleinman
California Bar Number 241277
Assistant United States Attorney
Fraud, Public Corruption & Civil Rights Section
601 D Street, N.W. | Washington, D.C. 20530
(202) 252-6887 | kondi.kleinman2@usdoj.gov